NO. SCWC-30112

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee

vs.

DANE ALAN LIM, Petitioner/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 05-1-1037)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on January 10, 2011 by Petitioner/Defendant-Appellant Dane Alan Lim is hereby rejected.

DATED:  Honolulu, Hawai'i, February 16, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Jeffrey A. Hawk (Hawk Sing
Ignacio & Waters) for
petitioner/defendant-
appellant, on
the application.

---

[1]    Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Wilson, assigned due to a vacancy.